**Appeal Dismissed and Opinion Filed November 14, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00358-CR

---

### LONNELL MAURICE JERKINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F10-61508-I**

---

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion by Justice O'Neill

Lonnell Maurice Jerkins was convicted of burglary of a habitation with intent to commit a felony. Sentence upon the adjudication of his guilt was assessed at twenty years' imprisonment and was imposed in open court on January 20, 2012. No motion for new trial was filed; therefore, appellant's notice of appeal was due by Tuesday, February 21, 2012. *See* Tex. R. App. P. 4.1(a), 26.2(a)(1). The unsworn declaration on appellant's notice of appeal is dated February 21, 2012, which appeared to be timely. However, the envelope in which the notice of appeal was mailed was post-marked March 7, 2012, and the notice of appeal is file-stamped March 13, 2012. We ordered the trial court to make findings regarding when the notice of appeal was delivered to

prison authorities for mailing, and we adopted the findings that the Texas Department of Criminal Justice has no record of when the notice of appeal was delivered to prison authorities for mailing and there is no indication the notice of appeal was mailed before the February 21, 2012 due date. *See* Tex. R. App. P. 9.2(b); *Campbell v. State*, 320 S.W.3d 338, 344 (Tex. Crim. App. 2010).

Although appellant's notice of appeal was mailed within the fifteen-day period provided by rule 26.3, appellant did not file a motion to extend time to file his notice of appeal within that fifteen-day period. *See* Tex. R. App. P. 26.3; *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Therefore, appellant's notice of appeal is untimely, leaving us without jurisdiction over the appeal. *See Slaton*, 981 S.W.2d at 210.

We dismiss the appeal for want of jurisdiction.

MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
Tex. R. App. P. 47

120358F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LONNELL MAURICE JERKINS,
Appellant

No. 05-12-00358-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas (Tr.Ct.No. F10-61508-I).
Opinion delivered by Justice O'Neill, Justices FitzGerald and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered November 14, 2012.

MICHAEL J. O'NEILL
JUSTICE